IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR373** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOHN E. BLOOM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for leave to proceed on appeal in forma pauperis, attached to the Defendant's notice of appeal (Filing No. 43). An affidavit was filed in support of the motion. (Filing No. 43.)

IT IS ORDERED:

1. The Defendant's motion for leave to proceed on appeal in forma pauperis (Filing No.43) is granted; and

2. The Clerk is directed to send a copy of this order to the Defendant at his last known address.

DATED this 4th day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge